IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DARLENA LONON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 624-072 |
| | ) |
| CRIDER INC., and FABIAN MAPLE, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The August 1, 2025 Revised Scheduling Order directed the parties to file a Joint Status Report by November 14, 2025, concerning the opportunity to engage in mediation prior to filing summary judgment motions.  (Doc. no. 45.)  The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed.  However, no Joint Status Report has been filed.  Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's August 1st Order on or before November 24, 2025.[1]

SO ORDERED this 17th day of November, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.